IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

GARY STEVEN CRAWFORD
ADC # 129963                                                                                    PLAINTIFF

V.                                        4:06CV01375 SWW/JTR

JUDY WATKINS, County Clerk,
Madison County, Indiana, et al.                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted and Judgment is entered in favor of Defendants on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 19TH day of October, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE